# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0644
Lower Tribunal No. F16-3222
_____

**Jordan Baez,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Jordan Baez, in proper person.

James Uthmeier, Attorney General, and Jason Michael Ross, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed.